AMERICAN EXCHANGE NAT. BANK, Appellant, v. GOUBERT et al., Respondents. (Supreme Court, Appellate Division, First Department. July 7, 1911.) Appeal from Trial Term, New York County. Appeal from judgment (67 Misc. Rep. 602, 124 N. Y. Supp. 817)

entered after trial at Trial Term, before the court without a jury, a jury having been waived. Joseph M. Hartfield, for appellant. Charles N. Morgan, for respondents.

PER CURIAM. Judgment affirmed, with costs.

INGRAHAM, P. J. (dissenting). I dissent, upon the ground that the defendant, as a condition of obtaining an injunction, expressly agreed that, if he failed to sustain the injunction upon the trial, he would pay the debt of the plaintiff for which his stock was held as security; and, he having failed upon the trial to sustain his claim for an injunction, under the undertaking he was liable for the full amount secured by the undertaking.